In the Matter of L. PETER FARKAS, an Attorney, Resignor. [990 NYS2d 433]—

Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed July 21, 2014.)

In the Matter of DAVID B. SPENCE, an Attorney, Resignor. [990 NYS2d 433]—

Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed July 22, 2014.)

In the Matter of JOHN B. CARLE, an Attorney, Resignor. [990 NYS2d 433]—

Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed July 22, 2014.)